1  Yong Bom (Brian) Lee (SBN 213860)
   Hyong C. Kim (SBN 231034)
2  LEE & ASSOCIATES, LAW FIRM, P.C.
3  3530 Wilshire Blvd., Suite 1280
   Los Angeles, California  90010
4  Tel. No. (213) 368-7717
   Fax No. (213) 368-7718
5  E-Mail: wilshirefirm@yahoo.com

6  Attorneys for Plaintiff
7  EUN-A CHOI

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11  EUN-A CHOI, an Individual,           Case No. cv13-05461 RGR (RZx)

12              Plaintiff,

                                         [PROPOSED] ENTRY OF FINAL
13         v.                            JUDGMENT AGAINST DEFENDANTS
                                         INSAN AMERICA, INC., DBA KOREAN
14                                       BAMBOO SALT INSAN USA, AND EUN
15  INSAN AMERICA, INC., a California    MI PAIK
    Corporation, dba KOREAN BAMBOO
16  SALT INSAN USA; EUN MI PAIK, an
    Individual; and DOES 1-10,inclusive,
17
18              Defendants.

19

20

21

22

23

24

25

26

27

28

       [PROPOSED] ENTRY OF FINAL JUDGMENT AGAINST INSAN AMERICA, INC. AND EUN
                    MI PAIK (CHOI vs. INSAN AMERICA, ET. AL.)

Plaintiff, EUN-A CHOI, having commenced this action on or about July 29, 2013, (the "Action") for trademark infringement and other relief against Defendants INSAN AMERICA, INC., a California Corporation, dba KOREAN BAMBOO SALT INSAN USA, and EUN MI PAIK, an Individual,, pursuant to the 15 U.S.C. for the reason that Defendants have engaged in importing, distributing, offering for sale and/or selling infringing products which Plaintiff has identified in the Complaint in this Action; Plaintiff having filed for the entry of default and default entered on or about August 26, 2013 against both Defendants for failure to plead or otherwise defend in the Action; and Plaintiff having filed on or about August 29, 2013 a Motion for Default Judgment against both Defendants, seeking statutory damage, attorneys' fees and costs and the entry of a permanent injunction.

**IT IS HEREBY [PROPOSED] ORDERED**

A default judgment in the amount of $100,000.00 against Defendants INSAN AMERICA, INC., dba KOREAN BAMBOO SALT INSAN USA, and EUN MI PAIK, jointly and severally, in favor of Plaintiff.

[PROPOSED] ORDERED, an additional amount of $ _5,600_ for the attorneys' fees and $ _587.96_ in cost against Defendants INSAN AMERICA, INC., dba KOREAN BAMBOO SALT INSAN USA, and EUN MI PAIK, jointly and severally, in favor of Plaintiff.

[PROPOSED] ORDERED, Defendants INSAN AMERICA, INC., dba KOREAN BAMBOO SALT INSAN USA, and EUN MI PAIK, and their corporate parent, subsidiaries, directors, officers, agents, servants, employees, representatives, confederates, and affiliates and any other persons or entities acting in concert or participation with them, are permanently enjoined and restrained from:

1.   Manufacturing, producing, importing, exporting, advertising, marketing, promoting, supplying, distributing, offering for sale, or selling any products

which bear the Plaintiff's Trademarks, or any marks substantially and/or confusingly similar thereto;

2.  Committing any other acts which falsely represents or which has the effect of falsely representing that the products and services of Defendants are licensed by, authorized by, offered by, produced by, sponsored by, or in any other way associated with Plaintiff;

3.  Otherwise diluting Plaintiff's federally registered trademarks;

4.  Unfairly competing with Plaintiff;

5.  Assisting, aiding, or abetting any other person or business entity, in engaging in or performing any of the activities referred to in the above subparagraph 1 through 4; and it is further:

~~[PROPOSED]~~ **ORDERED**, Defendants INSAN AMERICA, INC., dba KOREAN BAMBOO SALT INSAN USA, and EUN MI PAIK, and their corporate parent, subsidiaries, directors, officers, agents, servants, employees, representatives, confederates, and affiliates and any other persons or entities acting in concert or participation with them, shall discontinue the use of the website www.insanusa.com and the name of the corporation "INSAN AMERICA, INC." or its fictitious business name of "KOREAN BAMBOO SALT INSAN USA" in any way not to contain the word "INSAN," within thirty (30) Days from the service of the entry of judgment; and

**ORDERED** that this Court has jurisdiction over the parties, and the subject matter of the Action. This Court shall retain jurisdiction to the extent necessary to enforce this Judgment;

**SO ORDERED.**

Dated: OCT  3 2013

By: _R. Gary Klausner_
Hon. R. Gary Klausner
United States District Court Judge

-3-

1

Submitted by:

2

3

4

By: /Yong Bom Lee/

5

Yong Bom Lee, Attorneys for Plaintiff, EUN-A CHOI

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28